JOHN M. FUNK v. JENNIE M. JAMES, *et. al.*

AT the July Term, 1878, of the district court of Wyandotte county, *Jennie M. James*, as administratrix of the estate of David E. James, deceased, and five others, as plaintiffs, recovered a judgment against *Funk*, as defendant, who brings the case to this court.

*W. S. Carroll*, for plaintiff in error.

*Bartlett & Cree*, and *Holmes & Dean*, for defendants in error.

*Per Curiam*: The judgment in the above case must be reversed, upon the authority of *Knox v. Dunn*, just decided. The findings of the court will be set aside, and a new trial ordered. Upon a new trial, under like evidence produced by the defendant in error in this case, the district court ought to render judgment for costs in favor of the plaintiff in error, the defendant below.